PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Mar 11, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR 2703(d) ORDER CONCERNING:<br><br>INFORMATION MAINTAINED BY GOFUNDME, INC. | CASE NO.: 2:17-SW-0196 CKD<br><br>REQUEST TO UNSEAL A REDACTED COPY OF APPLICATION AND 2703(D) ORDER |

### REQUEST TO UNSEAL

The 2703(d) order in the above-captioned matter was signed on March 9, 2017. Follow up investigation related to this matter resulted in the filing of a criminal complaint and the arrest of the defendant on March 3, 2022. *See* 3:22-mj-0001-DMC. As a result, a redacted copy of the application and order should be unsealed and filed on the public docket. There is good cause to keep the original application and order under seal because they contain the names or identifying information of third parties and witnesses.

Accordingly, the United States requests that the Court file the attached redacted copy of the application and order on the public docket and that the Court maintain the original application and order under seal. The government further requests permission to produce the sealed, unredacted application and order, return, sealing order, and any other related documents, to the defendant, defense counsel, the Court, and any Probation Officer that may be

///

///

REQUEST TO UNSEAL APPLICATION AND 2703(D) ORDER

assigned to this matter.

Dated: March 11, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Shelley D. Weger
SHELLEY D. WEGER
VERONICA M.A. ALEGRÍA
Assistant United States Attorneys