PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRIA
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Mar 11, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR 2703(d) ORDER CONCERNING:<br><br>INFORMATION MAINTAINED BY GOFUNDME, INC. | CASE NO: 2:17-SW-0196 CKD<br><br>[PROPOSED] ORDER TO UNSEAL A REDACTED COPY OF APPLICATION AND 2703(D) ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a redacted copy of the application and 2703(d) order be unsealed and filed on the public docket. The original application and 2703(d) order will remain sealed. The government may produce a copy of the original sealed, unredacted application and order, return, sealing order, and any other related documents, to the defendant, defense counsel, the Court, and any Probation Officer that may be assigned to this matter.

The Clerk is directed to file a redacted copy of the application and order on the public docket.

Dated: March 11, 2022

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL APPLICATION AND 2703(D) ORDER